[No. 15001–4–I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES VICTOR OKADA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00698–2, Shannon Wetherall, J., entered June 8, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Coleman, JJ.

[No. 12882–5–I. Division One. November 4, 1985.]

JOHN DANA WERRE, *Appellant,* v. GARY CLARK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–17339–0, Gary M. Little, J., entered August 3, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.

[No. 12996–1–I. Division One. November 4, 1985.]

*In the Matter of the Marriage of* ARTHUR DAVIS, *Appellant, and* RUTH DAVIS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–3–08851–5, Anthony P. Wartnik, J., entered March 3, 1983. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Corbett, C.J., and Coleman, J.

[No. 13268–7–I. Division One. November 4, 1985.]

MARY M. CARLSON, ET AL, *Appellants,* v. SAFEWAY STORES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–01018–7, Liem E. Tuai, J., entered May 5, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Ringold, J., concurred in by Williams and Webster, JJ.